SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, PHIM KHAMPHALA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:07-cr-00268-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |
| v. | ) | |
| PHIM KHAMPHALA, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

Probation Report available to defense counsel: move from March 23, 2009 to April 13, 2009.

Defense Counsel's Informal Objections due to Probation and AUSA: move from April 6, 2009 to April 27, 2009.

Formal Objections must be filed with the Court and served on Probation and AUSA: move from April 20, 2009 to May 11, 2009.

RPO Hearing: move from April 27, 2009 at 9:00 a.m. to May 18, 2009 at 9:00 a.m.

The reason for moving the hearing is because defense counsel is out of the country on U.S. v. James Ninete Leon Guerrero, Case No.: 1:08-CR-00259-OWW.

/ / /

/ / /

/ / /

/ / /

                           Respectfully submitted,

DATED: March 11, 2009        /s/ Salvatore Sciandra
                                      SALVATORE SCIANDRA
                                      Attorney for Defendant,
                                      PHIM KHAMPHALA

DATED: March 11, 2009        /s/ Laurel Montoya
                                      LAUREL MONTOYA
                                      Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

**Dated:  March 11, 2009**        **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE