1 | SALVATORE SCIANDRA, Bar No. 58256
  | Law Offices of Salvatore Sciandra
2 | 2300 Tulare Street, Suite 230
  | Fresno, CA 93721
3 | Telephone: 559.233.1000
  | Facsimile: 559.233.6044

Attorney for Defendant, PHIM KHAMPHALA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:07-cr-00268-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A |
| v. | ) | RESETTING OF HEARING ON REPORT |
| | ) | OF PROBATION OFFICER |
| PHIM KHAMPHALA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

    Defense Counsel's Informal Objections due to Probation and AUSA:
    move from April 27, 2009 to June 8, 2009.

    Formal Objections must be filed with the Court and served on
    Probation and AUSA: move from May 11, 2009 to June 22, 2009.

    RPO Hearing: move from May 18, 2009 at 9:00 a.m. to June 29, 2009
    at 9:00 a.m.

The reason for moving the hearing is because defense counsel needs additional time to gather medical records which will be used at sentencing.

/ / /

/ / /

/ / /

/ / /

          Respectfully submitted,

DATED: May 14, 2009        /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
PHIM KHAMPHALA

DATED: May 14, 2009       /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: May 18, 2009**       **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE