SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, PHIM KHAMPHALA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHIM KHAMPHALA, et al.,<br><br>　　　　Defendants. | CASE NUMBER: 1:07-cr-00268-OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

　　　IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

　　　　　Defense Counsel's Informal Objections due to Probation and AUSA:
　　　　　move from June 8, 2009 to July 6, 2009

　　　　　Formal Objections must be filed with the Court and served on
　　　　　Probation and AUSA:  move from June 22, 2009 to July 20, 2009.

　　　　　RPO Hearing:  move from June 29, 2009 at 9:00 a.m. to July 27,
　　　　　2009 at 9:00 a.m.

　　　The reason for moving the hearing is because defense counsel unexpectedly had to be out of town do to a family emergency.

/ / /

/ / /

/ / /

/ / /

                                              Respectfully submitted,

DATED: June 23, 2009                /s/ Salvatore Sciandra
                                        SALVATORE SCIANDRA
                                        Attorney for Defendant,
                                        PHIM KHAMPHALA

DATED: June 23, 2009                /s/ Laurel Montoya
                                        LAUREL MONTOYA
                                        Assistant United States Attorney

                                          **ORDER**

    IT IS SO ORDERED.

**Dated:   June 24, 2009**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE