SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, PHIM KHAMPHALA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHIM KHAMPHALA, et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NUMBER: 1:07-cr-00268-OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

> Defense Counsel's Informal Objections due to Probation and AUSA: move from July 6, 2009 to September 8, 2009.
>
> Formal Objections must be filed with the Court and served on Probation and AUSA:  move from July 20, 2009 to September 21, 2009.
>
> RPO Hearing:  move from July 27, 2009 at 9:00 a.m. to September 28, 2009 at 9:00 a.m.

The reason for moving the hearing is because defense counsel is still gathering medical records in mitigation.

/ / /

/ / /

1  ///

2  ///

3                                                    Respectfully submitted,

4

5  DATED: July 21, 2009                         /s/ Salvatore Sciandra
                                                SALVATORE SCIANDRA
6                                               Attorney for Defendant,
                                                PHIM KHAMPHALA
7

8

9  DATED: July 21, 2009                         /s/ Laurel Montoya
                                                LAUREL MONTOYA
10                                              Assistant United States Attorney

11

12                                       **ORDER**

13

14

15

16
   IT IS SO ORDERED.
17
   **Dated:   July 24, 2009**                   /s/ Oliver W. Wanger
18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28