SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, PHIM KHAMPHALA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHIM KHAMPHALA, et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NUMBER: 1:07-cr-00268-OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

  Defense Counsel's Informal Objections due to Probation and AUSA: move from September 8, 2009 to January 4, 2010.

  Formal Objections must be filed with the Court and served on Probation and AUSA: move from September 21, 2009 to January 19, 2010.

  RPO Hearing: move from October 26, 2009 at 9:00 a.m. to January 25, 2010 at 9:00 a.m.

The reason for moving the hearing is because defense counsel is still gathering medical records in mitigation.

/ / /

/ / /

1  / / /

2  / / /

3                                                  Respectfully submitted,

4

5  DATED:  October 21, 2009                         /s/ Salvatore Sciandra
                                                   SALVATORE SCIANDRA
6                                                  Attorney for Defendant,
                                                   PHIM KHAMPHALA
7

8

9  DATED:  October 21, 2009                         /s/ Laurel Montoya
                                                   LAUREL MONTOYA
10                                                 Assistant United States Attorney

11

12
IT IS SO ORDERED.
13
   **Dated:   October 21, 2009**                    **/s/ Oliver W. Wanger**
14                                                 UNITED STATES DISTRICT JUDGE